1  Sheryl W. Leichenger (SBN CA 161688)
   sleichenger@selmanlaw.com
2  Bevin A. Berube (SBN CA 227965)
   bberube@selmanlaw.com
3  SELMAN BREITMAN LLP
   11766 Wilshire Blvd., Sixth Floor
4  Los Angeles, CA 90025-6546
   Telephone:  310.445.0800
5  Facsimile:   310.473.2525

6  Attorneys for Plaintiff
   MESA UNDERWRITERS SPECIALTY
7  INSURANCE COMPANY

8  [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 | MESA UNDERWRITERS SPECIALTY | Case No. 3:21-cv-07551-CRB
   | INSURANCE COMPANY, a New
13 | Jersey corporation,          | JOINT STIPULATION AND
                                  | [~~PROPOSED~~] ORDER FOR
14 |        Plaintiff,            | DISMISSAL WITHOUT PREJUDICE

15 |   v.

16 | AVJOG INVESTMENTS, LLC, a
   | California limited liability company,
17 | KANNIBOX, a California nonprofit
   | corporation, MXM VISIONS, LLC, a
18 | California limited liability company,
   | DILMOHAN CHADRA, an individual,
19 | MICHELE DIZITSER, an individual,
   | and RANDY DIZITSER, an individual,
20
21 |        Defendants.

22
23

24        **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

25        The Parties to this action, acting though counsel of record and pursuant to

26 Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), hereby stipulate, in

27 consideration of a negotiated settlement executed by them, to the Dismissal without

28 Prejudice of this action, with each party to bear its own attorney' fees and costs.

                                    1

1 | Each of the other Signatories have concurred in the filing of this document.

2 | DATED:  February 1, 2022     SELMAN BREITMAN LLP

4 | By: */s/ Bevin A. Berube*
    SHERYL W. LEICHENGER
    BEVIN A. BERUBE
    Attorneys for Plaintiff
    MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

8 | DATED:  February 1, 2022     FARELLA BRAUN + MARTEL LLP

10 | By: */s/ Erica Villanueva*
     ERICA VILLANUEVA
     Attorneys for Defendants
     AVJOG INVESTMENTS, LLC and DILMOHAN CHADHA (erroneously sued as DILMOHAN CHADRA)

## ORDER

The Parties' Stipulation for a Dismissal without Prejudice of this action, with each Party to bear its own attorney' fees and costs, is approved. The entire action is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: February 2, 2022      _____
                             HONORABLE CHARLES R. BREYER
                             United States District Judge